UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
┌─────────────────────────────────┐
│             FILED               │
│        August 25, 2003          │
│   CLERK, US DISTRICT COURT      │
│     EASTERN DISTRICT OF         │
│         CALIFORNIA              │
│─────────────────────────────────│
│          DEPUTY CLERK           │
└─────────────────────────────────┘
```

JUDGMENT IN A CIVIL CASE

NONETTE GOSCINIAK,

          v.                  CASE NUMBER:  CIV S-01-0174 WBS GGH

COUNTY OF SACRAMENTO, et al.,

<u>XX</u> --   Jury Verdict.  This action came before the Court for trial by jury.  The issues have
been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

      THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE
WITH THE JURY VERDICT RENDERED AUGUST 20, 2003.

JACK L. WAGNER,
CLERK OF COURT

ENTERED:   August 25, 2003

by: *L. Mena Sanchez*
L. Mena-Sanchez, Deputy Clerk

143

United States District Court
for the
Eastern District of California
August 25, 2003


* * CERTIFICATE OF SERVICE * *


2:01-cv-00174


Gosciniak

    v.

County of Sacramento

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  August 25, 2003, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Michael Joseph Haddad              SH/WBS
        Haddad and Sherwin
        1300 Clay Street                   VC/GGH
        Suite 600
        Oakland, CA   94612

        Adrian L Randolph
        Randolph Cregger and Chalfant
        1030 G Street
        Sacramento, CA   95814




                                    Jack L. Wagner, Clerk


                              BY:   L. Mena-Sanchez
                                    Deputy Clerk