

FILED

NOV - 4 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
              DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MONETTE GOSCINIAK,

        Plaintiff,

  v.

COUNTY OF SACRAMENTO et al.,

        Defendants.

NO. CIV. S-01-0174 WBS/PAN

O R D E R

----oo0oo----

        Plaintiff's motion for a new trial on all claims and issues, or in the alternative, for amendment of the damages award, is DENIED.

        IT IS SO ORDERED.

DATED: November 3, 2003

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

155

United States District Court
for the
Eastern District of California
November 4, 2003

* * CERTIFICATE OF SERVICE * *

2:01-cv-00174

Gosciniak

  v.

County of Sacramento

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 4, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

  Michael Joseph Haddad                SH/WBS
  Haddad and Sherwin
  1300 Clay Street
  Suite 600
  Oakland, CA  94612

  Adrian L Randolph
  Randolph Cregger and Chalfant
  1030 G Street
  Sacramento, CA  95814


                                    Jack L. Wagner, Clerk

                                    BY: _____
                                        Deputy Clerk